UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS
[X] Benton   [ ] East St. Louis

[ ] INITIAL APPEARANCE   [ ] ARRAIGNMENT   [X] CHANGE OF PLEA   [ ] PLEA TO INFORMATION

CRIMINAL NO: 21-cr-40052-JPG   DATE: 10/5/2023   TIME: 15 minutes

USA vs JOSTEN L. DENWOOD
[X] Present  [X] Custody  [ ] Bond

JUDGE: J. Phil Gilbert, U.S. District Judge

COUNSEL FOR DEFENDANT: Zachary J. Borowiak
[X] Present  [X] Appointed  [ ] Retained  [ ] Waived

REPORTER: Amy Richardson

COURTROOM DEPUTY: Tina Gray

GOVERNMENT COUNSEL: George A. Norwood, AUSA

[X] Defendant sworn.

[X] Defendant has been arraigned on the 3rd Superseding Indictment.

[X] Third Superseding Indictment read to Defendant.

[X] Defendant advised of constitutional rights, nature of charge and possible penalties.

[X] Defendant withdraws plea of not guilty as to Count(s) 1 of the Third Superseding Indictment.

[X] Plea:   [X] Guilty as to Count(s) 1 of the Third Superseding Indictment.
            [ ] Not Guilty as to Count(s) _____

[X] No Plea Agreement    [ ] Plea Agreement    [ ] Written

[X] Court accepts plea of guilty and adjudges defendant guilty.

[X] Matter referred to U.S. Probation for Presentence Investigation and Report.

[X] Disposition set on **January 18, 2024 at 10:30 a.m.** in Benton, Illinois before Judge J. Phil Gilbert.

[X] Defendant remanded to custody of U.S. Marshals, Benton.

[X] NOTE:  No further notice will be given.